IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA**  *
    *Appellee,*
v.   *   No. 14-4182

**MOHAMMAD KHAN,**   *
    *Appellant.*
        *  *  *

**MOTION TO APPROVE AND AUTHORIZE CRIMINAL JUSTICE ACT FUNDS**

    NOW COMES Appellant, by and through undersigned counsel, and respectfully requests that this Court approve and authorize Criminal Justice Act funds and for reasons states as follows:

    1.   Appellant's Opening Brief is due June 3, 2014 and undersigned counsel intends to proceed under *Anders v. California*, 386 U.S. 738 (1967).

    2.   Appellant is a citizen of Pakistan and is not able to fully communicate in the English language, nor does he read and write in English. Appellant's native language is Punjab. At all matters in the United States District Court of Maryland, undersigned counsel needed the assistance of an interpreter.

    3.  Undersigned counsel requests approval to travel to meet with

Appellant with the assistance of an interpreter to discuss the opening brief and to comply with the dictates of notice to Appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967).

WHEREFORE, Appellant respectfully requests that this Court approve and authorize Criminal Justice Act funds for the following:

a. Attorneys fees for travel to meet with Appellant, estimated to be six hours of travel time and 2 hours for the meeting;

b. Mileage and toll expenses for attorney and interpreter; and

c. Interpreter fees estimated to be one day of service.

Respectfully submitted,

_____/s/_____
Teresa Whalen
Law Office of Teresa Whalen
801 Wayne Avenue, Ste. 400
Silver Spring, MD 20910
(301) 588-1980/(301) 728-2905