FILED: May 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4182
(1:12-cr-00400-WDQ-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MOHAMMAD KHAN

      Defendant - Appellant

_____

O R D E R

_____

Appellant's counsel has filed a motion to approve and authorize CJA funds.

The Court has construed the motion as a request to visit appellant at CJA expense, to have an interpreter present at said visit, and to pay for the travel expenses of counsel and the interpreter.

The Court denies counsel's motion. The denial is without prejudice to refiling of the motion with a showing that counsel is unable to conduct the necessary exchange with her client over the phone with the assistance of an

interpreter at prevailing rates of $55 per hour for certified interpreters and $32 per hour for non-certified interpreters and through correspondence with the assistance of a translator at rates not to exceed $165 per 1,000 words.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>